# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

In Re: ) Case#: 10-51542
    Gregory Joseph Balk ) Chapter 13
)
          Debtor(s) ) **MOTION TO RECONSIDER**
) **DISMISSAL ORDER**

    NOW COMES the above named Debtor through his attorney, Jack G. Lezman and request the Court as follows:

1. This Chapter 13 bankruptcy was filed November 8, 2010. This bankruptcy case was a normal filing, not an emergency. All schedules were signed & filed at the time of filing.

2. Evidently there was an uploading error in which only a portion of the schedules were filed and a deficiency notice was filed.

3. Due to an oversight on our part, and by no fault of the debtor, the missing documents were not filed and an order dismissing case was filed by the court due to failure to file Schedule I, Schedule J, Declaration Concerning Schedules, Form 7, Fee Disclosure Statement, Fee Disclosure Statement (Local Form 3), Chapter 13 Statement of Income, & Exhibit D to Petition.

3. Immediately upon receiving the dismissal notice, the missing schedules/statements were filed.

4. The original 341(a) Meeting of Creditors is scheduled for December 20, 2010. Debtor would request this Meeting of Creditors to remain as scheduled.

5. The trustee has no objection to the 341(a) Meeting of Creditor's to remain as scheduled.

**WHEREFORE**, Debtors move the Court to:

1. Reconsider the dismissal order and enter an Order allowing debtors to complete their Chapter 13 Plan.

2. Reinstate the Section 341(a) Meeting of Creditors for December 20, 2010 at 9:00 a.m.

Respectfully submitted this the 2nd day of December, 2010

_____
Jack G. Lezman
Attorney for Debtor(s)
4801 E. Independence Blvd., Suite 616
Charlotte, NC 28212
704/536-7669
NC Bar #22168

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case#: 10-51542 |
| Gregory Joseph Balk | ) | Chapter 13 |
| | ) | |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

## NOTICE OF HEARING

**Take Notice** that a motion has been filed by Jack G. Lezman, attorney for debtor(s). A copy of this motion accompanies this notice.

**Take further notice** that any response, including objection, to the motion should be filed with the Clerk of the Bankruptcy Court within **fifteen (15) days** of this notice and a copy served on the attorney identified below and upon other parties as required by law or Court order. Any response shall clearly identify the specific motion to which the response is directed and it shall comply fully with any Local Bankruptcy Rules applicable.

**Take further notice** that a hearing will be held on this motion as follows:

| Location: | Time and Date: |
|---|---|
| **100 Justice Place** | **December 17, 2010** |
| **Shelby, NC 28150** | **9:30 a.m.** |

Respectfully submitted this the 2<u>nd</u> day of <u>December,</u> <u>2010</u>

_____
Jack G. Lezman
Attorney for Debtor(s)
4801 E. Independence Blvd., Suite 616
Charlotte, NC 28212
704/536-7669
NC Bar #22168

## Certificate of Service

I, Jack G. Lezman, Attorney for the Debtor, do hereby certify that I have served a copy of this Motion on the following persons at the addresses listed below, this being there last known address, by depositing said copy in the US Mail with sufficient postage.

Steven G. Tate, Trustee
PO Box 1778
Statesville, NC 28687

See attached mailing matrix

This the 2nd day of December, 2010

_____
Jack G. Lezman
Attorney at Law
4801 E. Independence Blvd., Suite 616
Charlotte, NC 28212
Telephone: 704/536-7669
NC Bar # 22168

```
Label Matrix for local noticing          Wilkesboro Division                       Absolute Collection Service
0419-5                                   P.O. Box 34189                            421 Fayetteville Street Mall, Ste. 600
Case 10-51542                            Charlotte, NC 28234-4189                  Att: Bankruptcy Dept.
Western District of North Carolina                                                 Raleigh, NC 27601-1777
Wilkesboro
Fri Dec  3 12:17:44 EST 2010

Asheville Anesthesia Assoc., PA          Asheville Radiology Assoc., PA            BB&T Financial, FSB
76 Peachtree Rd.                         PO Box 2809                               PO Box 698
Suite 300                                Asheville, NC 28802-2809                  Wilson, NC 27894-0698
Asheville, NC 28803-3505


Black Mountain Savings Bank              Blue Ridge Bone and Joint Clinic          CitiFinancial
PO Box 729                               129 McDowell St.                          PO Box 6931
Black Mountain, NC 28711-0729            Asheville, NC 28801-4434                  Attn: Bankruptcy Dept.
                                                                                   The Lakes, NV 88901-6931


Discover Bank/DFS Services LLC           (p)DISCOVER FINANCIAL SERVICES LLC        Home Depot Credit Services
PO Box 3025                              PO BOX 3025                               PO Box 9100
New Albany, OH 43054-3025                NEW ALBANY OH 43054-3025                  Att: Bankruptcy Dept.
                                                                                   Des Moines, IA 50368-9100


(p)INTERNAL REVENUE SERVICE              Lowes/ GE Money Bank                      Mission Hospital
CENTRALIZED INSOLVENCY OPERATIONS        Attn: Bankruptcy Dept.                    PO Box 75378
PO BOX 21126                             PO Box 103104                             Charlotte, NC 28275-0378
PHILADELPHIA PA 19114-0326               Roswell, GA 30076-9104


North Carolina Department of Revenue     Phyllis Bracken                           Gregory Joseph Balk
Bankruptcy Unit                          252 E. Statesville Ave.                   PO Box 2246
P.O. Box 1168                            Mooresville, NC 28115-2448                Huntersville, NC 28070-2246
Raleigh, NC 27602-1168


Jack G. Lezman                           Steven G. Tate
Attorney At Law                          P.O. Box 1778
4801 E. Independence Blvd.               Statesville, NC 28687-1778
Ste. 616
Charlotte, NC 28212-5491
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Discover Card                            Internal Revenue Service                  End of Label Matrix
PO Box 15251                             P.O. Box 21126                            Mailable recipients    19
Att: Bankruptcy Dept.                    Philadelphia, PA 19114                    Bypassed recipients     0
Wilmington, DE 19886-5251                                                          Total                  19
```